| | |
|---|---|
| 1 | **JS-6** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GLICK, an individual, | Case No. CV 21-6802-DMG (Ex) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [26]** |
| v. | |
| EQUINOX HOLDINGS, INC., a corporation, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Lauren Glick and defendant Equinox Holdings, Inc. (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. All claims for relief in the instant action brought by and on behalf of plaintiff Lauren Glick are dismissed with prejudice;

2. Since all claims for relief herein have been dismissed with prejudice, the above-captioned action is dismissed in its entirety;

3. The Parties shall bear their own costs and attorneys' fees; and

4. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1